to the relief sought, *i. e.*, an order enjoining the September 17 election for failure to comply with preclearance requirements. Accordingly, we vacate that portion of the judgment below with instructions to dismiss the relevant part of the complaint. *Webster* v. *Reproductive Health Services,* 492 U. S. 490, 512–513 (1989); *United States* v. *Munsingwear, Inc.,* 340 U. S. 36, 39–40 (1950). JUSTICE BLACKMUN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 91–5518.  KASHIF *v.* UNITED STATES.  C. A. 10th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief for the United States filed October 21, 1991.

No. A–224.  HOANG *v.* SIMS ET AL.  Application for leave to file petition for writ of certiorari in excess of the page limitations and an oversized appendix, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–1028.  IN RE DISBARMENT OF WEBER.  Disbarment entered.  [For earlier order herein, see 501 U. S. 1269.]

No. D–1047.  IN RE DISBARMENT OF KATZ.  It is ordered that Al Katz, of Buffalo, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1048.  IN RE DISBARMENT OF CANNAVINO.  It is ordered that Pasquale G. Cannavino, of Newport News, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–8370.  MEDINA *v.* CALIFORNIA.  Sup. Ct. Cal.  [Certiorari granted, *ante,* p. 924.]  Motion for appointment of counsel granted, and it is ordered that Michael Pescetta, Esq., of San Francisco, Cal., be appointed to serve as counsel for petitioner in this case.